# MEMORANDUM DECISIONS

APPAREL MFG. CO. v. NUCKASEE MFG. CO. (Circuit Court of Appeals, Fourth Circuit. July 7, 1922.) No. 2000. In Error to the District Court of the United States for the Western District of South Carolina, at Greenville. Wilton H. Earle and Martin & Blythe, all of Greenville, S. C., for plaintiff in error. Haynsworth & Haynsworth, of Greenville, S. C., for defendant in error.

PER CURIAM. Writ of error dismissed on motion of parties.

ARNOLD v. CHAPMAN. (Circuit Court of Appeals, Eighth Circuit. May 1, 1922.) No. 5979. In Error to the District Court of the United States for the Eastern District of Arkansas. W. P. Smith, H. L. Ponder, and G. M. Gibson, all of Walnut Ridge, Ark., for plaintiff in error. E. L. Westbrooke, of Jonesboro, Ark., and James N. Flowers, of Jackson, Miss., for defendant in error.

PER CURIAM. Writ of error dismissed with costs, on motion of plaintiff in error.

ARNOLD v. UNITED STATES, for Use of W. B. GUIMARIN & CO. (Circuit Court of Appeal, Fourth Circuit. March 21, 1922.) No. 1926. In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston. Logan & Grace, of Charleston, S. C., and Wm. Henry White and Ellwood P. Morey, both of Washington. D. C., for plaintiffs in error. Tompkins, Barnett & McDonald, of Columbia, S. C., and Rutledge, Hyde & Mann, of Charleston, S. C., for defendant in error.

PER CURIAM. Order granting writ of error from Supreme Court filed.